✎AO450 (Rev. 5/85)  Judgement in a Civil Case

UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | OKLAHOMA |

## JUDGMENT IN A CIVIL CASE

BYRON C. YOUNG, JR.

V.

BOARD OF COUNTY COMMISSIONERS
OF MCCURTAIN COUNTY

Case Number:   CIV-22-207-RAW-GLJ

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issued have been tried and the jury has rendered its verdict.

X **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This action is dismissed without prejudice.

| 6/20/2023 | Bonnie Hackler |
|---|---|
| Date | Clerk |

s/ A Green
(By) Deputy Clerk